UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL LOUIS VEGA, JR, <br><br> Plaintiff, <br><br> v. <br><br> PEOPLE OF THE COURT <br><br> Defendant. | Case No. C 14-3442 KAW (PR) <br><br> ORDER OF TRANSFER |

Plaintiff Angel Louis Vega, Jr., a state prisoner currently incarcerated at Corcoran State Prison, has filed a civil rights action under 42 U.S.C. § 1983 complaining that his identity was stolen by a person in El Monte, California.

The acts complained of in this complaint occurred in El Monte, California, which is located in Los Angeles County in the Central District of California. Venue, therefore, properly lies in the Central District and not in this one. See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Central District of California. The Clerk of the Court shall transfer the case forthwith.

**IT IS SO ORDERED.**

Dated: 8/11/14

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE